# Sills Cummis & Gross

### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey  07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Jaimee Katz Sussner**
**Member**
**Admitted In NJ, NY**
**Direct Dial:  973-643-6281**
**Email: jsussner@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

June 24, 2016

VIA ECF AND
FIRST CLASS MAIL

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, New Jersey 07101

> Re:   Newark Watershed Conservation and Development Corporation
>       Case No.: 15-10019 (VFP)
>
>       Newark Watershed Conservation and Development Corp.
>       v. Linda Watkins-Brashear, *et al.*
>       Adv. Proc. No.: 15-02397 (VFP); Case No.: 2:15-cv-08393-KSH-CLW

Dear Judge Hayden:

This firm represents defendant Vaughn L. McKoy ("McKoy") in the referenced action and the related Adversary Proceeding that is pending in the United States Bankruptcy Court.  We are in receipt of the Court's Order that was entered earlier today terminating the motion filed by former co-defendant, Cory A. Booker ("Booker"), to withdraw the reference of this matter to the Bankruptcy Court pursuant to 28 U.S.C. §157(d), on the basis that it is now moot, and closing this case.

We wish to bring to the Court's attention that McKoy filed a letter submission on January 11, 2016 [Doc. No. 13] joining in Booker's motion.  This issue was discussed yesterday during a scheduled Case Management Conference with the Bankruptcy Court, during which the parties understood that the motion would remain pending due to McKoy's joinder in the motion and his continued support for the requested relief.  Because McKoy remains of the belief that the

## Sills Cummis & Gross
### A Professional Corporation

Hon. Katharine S. Hayden, U.S.D.J.
June 24, 2016
Page 2

reference to the Bankruptcy Court should be withdrawn for the reasons expressed in Booker's motion, and in our January 11, 2016 letter submission (which was filed during my tenure at a prior law firm, Herrick, Feinstein LLP), we respectfully request that the Court revisit the Order that was entered terminating the motion, restore Booker's motion to the docket and decide the application on the merits.

We thank the Court for its courtesies, consideration and attention to this matter.

Respectfully submitted,

*/s/ Jaimee Katz Sussner*
Jaimee Katz Sussner
jsussner@sillscummis.com

cc:    *Via ECF and Email:*

James A. Scarpone, Esq. (jscarpone@scarponevargo.com)
Bruce Vargo, Esq. (bvargo@scarponevargo.com)
Gregory William Fox, Esq. (gwfox@mdwcg.com)
Sarah Kleinman, Esq. (dmgalas@mdwcg.com)
Michael Mezzacca, Esq. (mmezzacca@hdmlawfirm.com)
Christopher Adams, Esq. (chrisadams@cdadams.com)
Alan Dexter Bowman, Esq. (alanbowman.lawoffice@gmail.com)
Gary Eisenberg, Esq. (geisenberg@perkinscoie.com)