

30 Rockefeller Plaza
22nd Floor
New York, NY 10112-0085

T +1.212.262.6900
F +1.212.977.1649
perkinscoie.com

June 27, 2016

Gary F. Eisenberg
GEisenberg@perkinscoie.com
D. +1.212.262.6902
F. +1.212.977.1632

**VIA ECF**

Honorable Katharine S. Hayden
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 5C
Newark, NJ 07101

**Re: Newark Watershed Conservation and Development Corporation v. Linda Watkins-Brashear et al. (2:15-cv-08393-KSH) (the "Action")**

Dear Judge Hayden:

Our office represents Cory A. Booker ("Booker") in the above captioned Action. In the wake of the Bankruptcy Court's grant of Booker's motion to dismiss the adversary proceeding (the "Adversary Proceeding") that is the subject of the reference withdrawal motion in this Action (the "Reference Motion"), we had planned to write to the Court to request that Booker be granted leave to withdraw as a party in support of the Reference Motion.

Before we were able to submit that letter, the Court *sua sponte* dismissed the above Action (and the pending reference withdrawal motion) in the wake of the Bankruptcy Court's dismissal of the Adversary Proceeding. The Court's action mooted the need for Booker to submit his intended letter.

Subsequently, on Friday afternoon, June 24, 2016, defendant Vaughn McKoy filed a letter with the Court requesting that the Court revisit its order from last week terminating the reference withdrawal motion, and that Court restore "Booker's motion to the docket and decide the application on the merits."

Booker takes no position on the request of McKoy other than to request that, in connection with any relief that the Court may grant in response to McKoy's letter on Friday, restoration of the motion to the docket not be as "Booker's motion," that Booker no longer be a party to the motion and that Booker remain dismissed from the Action.

We note that other parties named as defendants have been served since the Reference Motion was filed. They are copied on this letter.

LEGAL131677816.1

Honorable Katharine S. Hayden
June 27, 2016
Page 2

We thank the Court for its consideration of this matter. Please do not hesitate to contact the undersigned should Your Honor you require additional information in connection with this matter.

Respectfully submitted,

*Gary F. Eisenberg*
Gary F. Eisenberg

cc:    Via Email
       James A. Scarpone, Esq. (jscarpone@scarponevargo.com)
       Bruce Vargo, Esq. (bvargo@scarponevargo.com)
       Jaimee Katz Sussner, Esq. (jsussner@sillscummis.com)
       Gregory William Fox, Esq. (gwfox@mdwcg.com)
       Sarah Kleinman, Esq. (dmgalas@mdwcg.com)
       Michael Mezzacca, Esq. (mmezzacca@hdmlawfirm.com)
       Christopher Adams, Esq. (chrisadams@cdadams.com)
       Alan Dexter Bowman, Esq. (alanbowman.lawoffice@gmail.com)
       Mark Elias, Esq. (MElias@perkinscoie.com)
       Elisabeth C. Frost, Esq. (EFrost@perkinscoie.com)